IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHERRY L. GRAY, )
)
    Plaintiff, )
)
v. ) 1:04CV1149
)
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
)
    Defendant. )

## J-U-D-G-M-E-N-T

On May 26, 2006, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action and a copy was given to the court. No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's motion for summary judgment [Pleading No. 10] be **DENIED**, that the Commissioner's motion for judgment on the pleadings [Pleading No. 12] be **GRANTED**, that the Commissioner's decision is **AFFIRMED**, and that this action be dismissed with prejudice.

UNITED STATES DISTRICT JUDGE

DATE: July 28, 2006